# UNITED STATES BANKRUPTCY COURT
## DISTRICT 1

| | |
|---|---|
| In re: <br><br> JUAN PRADO NICASIO <br><br> Debtor(s) | Case No. 13-05619-MCF |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/09/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/31/2016.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,290.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,771.45 |
| Less amount refunded to debtor | $8,081.29 |
| **NET RECEIPTS:** | **$690.16** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $690.16 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$690.16** |

Attorney fees paid and disclosed by debtor:     $2,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASUME | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | NA | 109,624.03 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | NA | 76,077.24 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Unsecured | 0.00 | NA | 261.27 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Unsecured | 0.00 | NA | 2,632.41 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Secured | 0.00 | NA | 1,293.88 | 0.00 | 0.00 |
| CARLA M RODRIGUEZ LUGO | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| CRIM | Priority | 0.00 | NA | 13,807.58 | 0.00 | 0.00 |
| CRIM | Secured | 0.00 | NA | 15,489.07 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 0.00 | NA | 1,113.88 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 0.00 | NA | 6,565.40 | 0.00 | 0.00 |
| DIONISIO BENITEZ RODRIGUEZ | Unsecured | 0.00 | NA | 356,267.71 | 0.00 | 0.00 |
| EUDALIA GONZALEZ CAMILO | Unsecured | 0.00 | NA | 19,000.00 | 0.00 | 0.00 |
| FERRETERIA MONTALVO, INC. | Secured | 0.00 | NA | 743,000.00 | 0.00 | 0.00 |
| FERRETERIA MONTALVO, INC. | Unsecured | 0.00 | NA | 39,313.40 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 0.00 | NA | 385.30 | 0.00 | 0.00 |
| MCA ELECTRONICS SERVICES, INC | Unsecured | 0.00 | NA | 10,458.02 | 0.00 | 0.00 |
| OFFICE OF THE UNITED STATES TRU | Priority | 0.00 | NA | 650.00 | 0.00 | 0.00 |
| PENTAGON FEDERAL CREDIT UNION | Secured | 0.00 | NA | 17,241.20 | 0.00 | 0.00 |
| PRASA [AAA] | Unsecured | 0.00 | NA | 228.28 | 0.00 | 0.00 |
| PRASA [AAA] | Unsecured | 0.00 | NA | 9,436.50 | 0.00 | 0.00 |
| PRASA [AAA] | Unsecured | 0.00 | NA | 1,107.79 | 0.00 | 0.00 |
| PREPA | Unsecured | 0.00 | NA | 26,201.88 | 0.00 | 0.00 |
| V SUREZ AND CO INC | Unsecured | 0.00 | NA | 638.52 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $1,293.88 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $961,431.54 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$962,725.42** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $21,022.98 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$21,022.98** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$467,044.96** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $690.16 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$690.16** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/31/2016            By:/s/ ALEJANDRO OLIVERAS RIVERA
                                                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

13-05619-MCF                                              CERTIFICATE OF MAILING
-------------------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JUAN PRADO NICASIO  
COND JARDINES DE VALENCIA  
631 CALLE PEREIRA LEAL APT 1110  
SAN JUAN, PR  00923

SCOTIABANK DE PUERTO RICO  
C/O RICARDO A. COLON RIOS ESQ  
HEAD LEGAL AND REGULATORY DEPT  
PO BOX 362230  
SAN JUAN, PR  00936-2230

FERRETERIA MONTALVO INC  
C/O GILBERT J LOPEZ DELGADO ESQ  
BOX 109  
GUAYNABO, PR  00966-3504

DIONISIO BENITEZ RODRIGUEZ  
C/O s/ HAROLD A FRYE MALDONADO  
654 PLAZA SUITE 1107  
654 MUNOZ RIVERA AVE  
SAN JUAN, PR  00918

PENTAGON FEDERAL CREDIT UNION  
PO BOX 1432  
ALEXANDRIA, VA  22313-2032

BANCO POPULAR DE PUERTO RICO  
BANKRUPTCY DEPARTMENT  
PO BOX 366818  
SAN JUAN, PR  00936

EMI EQUITY MORTGAGE INC  
PO BOX 361414  
SAN JUAN, PR  00936-1414

PREPA  
C/O MARIA T GORBEA  
PO BOX 364267  
SAN JUAN, PR  00936-4267

PRASA [AAA]  
C/O CONSUMER SERVICES AREA  
PO BOX 7066  
SAN JUAN, PR  00916-7066

**UST Form 101-13-FR-S (09/01/2009)**

V SUREZ AND CO INC
C/O EDGARDO CONTY CREDIT DIRECTOR
PO BOX 364588
SAN JUAN, PR  00936

GE CAPITAL RETAIL BANK
c/o Recovery Management Systems Corporation
25 SE 2nd Ave Suite 1120
MIAMI, FL  33131-1605

DIONISIO BENITEZ RODRIGUEZ
1695 CHIHUAHUA ST.
VENUS GARDEN NORTE DEVELOPMENT
SAN JUAN, PR  00926

FERRETERIA MONTALVO, INC.
1695 CHIHUAHUA ST.
VENUS GARDEN NORTE DEVELOPMENT
SAN JUAN, PR  00926

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

EUDALIA GONZALEZ CAMILO
1338 ZACHARY WAY
NORCROSS, PR  30093

MCA ELECTRONICS SERVICES, INC
REP BY JOSE CHARLIE MALDONADO
RODRIGUEZ
605 CALLE JULIO ANDINO
URB. VILLA PRADES
SAN JUAN, PR  00904

ADA M CONDE VIDAL*
PO BOX 13268
SAN JUAN, PR  00908-3268

**UST Form 101-13-FR-S (09/01/2009)**

OFFICE OF THE UNITED STATES TRUSTEE
U S TRUSTEE PAYMENT CENTER
PO BOX 530202
ATLANTA, GA  30353-0202

US TRUSTEE
OCHOA BUILDING
500 TANCA ST  SUITE 301
SAN JUAN, PR  00901-1922

PRO SE*
ACTING AS OWN ATTORNEY

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICE DEPT 761
PO BOX 362708
SAN JUAN, PR  00936-2708

ASUME
PO BOX 71316
SAN JUAN, PR  00936-8416

CARLA M RODRIGUEZ LUGO
H 67 BOX 13309
BAYAMON, PR  00956

BANCO POPULAR DE PUERTO RICO
MORTGAGE DIVISION
CARDONA JIMENEZ LAW OFFICES PSC
PO BOX 9023593
SAN JUAN, PR  00902-3593

BANCO POPULAR DE PR
C/O MIGDALIA EFFIE GUASP
PO BOX 362708
SAN JUAN, PR  00936-2708

BANCO POPULAR DE PUERTO RICO
PRESTAMOS ESPECIALES (733)
PO BOX 366818
SAN JUAN, PR  00936

/S/HECTOR PEREZ
DATED:  October 31, 2016                OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**